(102 So. 464)

**Ex parte Neoma . PELHAM, alias, etc.**
**(4 Div. 185.)**

(Supreme Court of Alabama. Dec. 18, 1924.)

Certiorari to Court of Appeals.

McDowell & McDowell, of Eufaula, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Neoma Pelham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Neoma (alias Bud) Pelham v. State, 20 Ala. App. 359, 102 So. 462. Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.